01

02

03

04

05

06          UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
07                AT SEATTLE

08  KARL LOUIS AMMANN,                    )    CASE NO. C07-1401-RSL
                                          )
09          Plaintiff,                    )
                                          )
10      v.                                )    REPORT AND RECOMMENDATION
                                          )
11  STEVEN THOMPSON, et al.,              )
                                          )
12          Defendants.                   )
    _____ )

13

14          On September 10, 2007, Plaintiff, who is proceeding pro se, submitted a proposed

15  complaint pursuant to 42 U.S.C. § 1983, along with an application to proceed *in forma pauperis*.

16  The Court screened the complaint pursuant to 28 U.S.C. § 1915A and upon noting deficiencies,

17  the Court issued an Order on November 5, 2007, advising Plaintiff of the deficiencies and granting

18  him leave to file an amended complaint that cured the deficiencies within thirty days.  (Dkt. # 10.)

19  The matter was dismissed on March 5, 2008, because no amended complaint had been filed.

20  However, the Court subsequently vacated the order of dismissal based on notification from

21  Plaintiff that he was deprived of his legal papers, that he had been on suicide/medical watch, and

22  that he was unaware of the order granting him leave to amend his complaint.  (*See* Dkt. # 17.)

REPORT AND RECOMMENDATION
PAGE -1

01          In the order vacating dismissal, Plaintiff was directed to file an amended complaint curing

02    the deficiencies previously identified in Dkt. # 10 within thirty days from the date of the order,

03    making his amended complaint due by April 21, 2008.  Plaintiff was also advised that if no

04    amended complaint was timely filed, this matter would be dismissed.  Plaintiff timely moved for

05    an extension of time to file his amended complaint, and on April 21, 2008, the Court granted

06    Plaintiff an extension of time until May 21, 2008, to file an amended complaint that corrected the

07    deficiencies previously identified in Dkt. # 10.  (Dkt. # 19.)  Plaintiff was again warned that

08    dismissal of this matter would be recommended if he failed to timely file an amended complaint.

09          After filing a notice of appeal of the Court's order granting his motion for extension of

10    time (Dkt. #20), Plaintiff filed his amended § 1983 complaint on May 27, 2008.  (Dkt. # 23.)

11    However, Plaintiff's amended complaint does not cure the deficiencies identified in his original

12    complaint.

13          Other than adding Snohomish County Corrections to the list of defendants in this action

14    and including a request for immediate release with his prior request for damages, Plaintiff's

15    amended complaint is virtually identical to his original complaint.  In fact, as in his original

16    complaint, Plaintiff's amended complaint refers the Court to the handwritten memorandum

17    attached to the original complaint for a statement of his claims. (Dkt. # 23 at 3.)  Moreover, to

18    the extent that Plaintiff intends to challenge the fact of his current confinement, he is advised that

19    a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is the exclusive federal remedy

20    for a state prisoner who challenges the fact or duration of his confinement and seeks speedier or

21    immediate release. *Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973).

22          Accordingly, because Plaintiff's amended complaint fails to correct the deficiencies in his

01   original complaint that were identified in Dkt. # 10, the Court recommends that this action be

02   dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief

03   can be granted.  A proposed order accompanies this Report and Recommendation.

04          DATED this <u>11th</u> day of June, 2008.

05

06   _____
     Mary Alice Theiler
     United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

REPORT AND RECOMMENDATION
PAGE -3