UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| KARL LOUIS AMMANN, | ) | CASE NO. C07-1401-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING § 1983 |
| | ) | ACTION |
| STEVEN THOMPSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The complaint and this § 1983 action are DISMISSED with prejudice; and

(3) The Clerk is directed to send copies of this Order to Plaintiff, and to Judge Theiler.

Dated this 14th day of July, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING § 1983 ACTION
PAGE -1